UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:23-cv-00036-RJC

| | |
|---|---|
| STEVEN HANCOCK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SOCIAL )<br>SECURITY , )<br>)<br>Defendant. )<br>) | **Order** |

**THIS MATTER** comes before the Court on Plaintiff's Motion for Attorney Fees and Costs under 28 U.S.C. § 2412, the Equal Access to Justice Act (Doc. No. 11), to which Defendant does not object. Having reviewed the motion and supporting materials, the Court orders as follows:

1. That the Social Security Administration shall pay $8,500.00 in attorney fees and $402.00 in costs to Plaintiff in full settlement and satisfaction of any and all claims for attorney fees for legal services rendered under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

2. With respect to Plaintiff's signed assignment of EAJA fees to her attorney, in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first and, if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the Department of the Treasury reports to the Commissioner that Plaintiff does not owe a federal debt, the

1

government will exercise its discretion and honor the assignment of EAJA fees and pay the awarded fees directly to Plaintiff's counsel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Attorney's Fees, (Doc. No. 11), is **GRANTED**.

Signed: January 30, 2024

Robert J. Conrad, Jr.
United States District Judge